## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**VLADIMIR MCCLARTY**                                    **CIVIL ACTION**

**V.**

**CITY OF BATON ROUGE, ET AL.**                          **NO. 23-1619-SDD-EWD**

### CONSENT MOTION TO STAY PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel, comes the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), who seeks a stay of proceedings herein pending the resolution of the criminal proceedings against Plaintiff as follows:

1.

On November 23, 2022, Plaintiff was arrested as a result of events surrounding a traffic stop for excessive rate of speed.

2.

Plaintiff was arrested on charges of possession of Schedule II; two outstanding fugitive warrants; and resisting an officer.

3.

On November 21, 2023, Plaintiff filed his *Complaint* herein alleging various claims of deprivations of constitutional rights and state law claims arising from the facts and circumstances of the arrest on November 23, 2022.

4.

A criminal proceeding was initiated and is presently pending against Plaintiff for the aforementioned arrest for the charge of possession of Schedule II. *Referring to State of Louisiana v. Vladimir McCLarty*; Docket No. DC-23-00193; Section II; 19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana.

5.

Undersigned has been made aware of the pending criminal matter related herein against Plaintiff.

6.

Plaintiff's allegations of constitutional violations would, if true, necessarily implicate the validity of the pending charges against him and any potential conviction that might result.

7.

Such allegations cannot proceed under § 1983 at this time. *See Hudson v. Hughes,* 98 F.3d 868, 872–73 (5th Cir.1996) (holding that *Heck* precluded proceeding on the plaintiff's allegations of excessive force and false arrest because, if successful, they would call into question the validity of the plaintiff's conviction).

8.

Counsel for Plaintiff has been contacted and consents to this request to stay.

**WHEREFORE**, the City/Parish, defendant, prays that this motion be granted and that this Court issue an order temporarily staying this civil proceeding pending the resolution of the related criminal proceeding.

**RESPECTFULLY SUBMITTED:**
**A. GREGORY ROME**
**PARISH ATTORNEY**

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Sr. Special Assistant Parish Attorney**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone:   (225) 389-3114
Facsimile:   (225) 389-8736
Email:       mschillage@brla.gov
*Attorney for the City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 11th day of March, 2024.

          **/s/ Michael P. Schillage**
          **MICHAEL P. SCHILLAGE**