## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VLADIMIR MCCLARTY** | **CIVIL ACTION NO.: 3:23-cv-01619-SDD-EWD** |
| **VERSUS** | **JUDGE: SCOTT D. JOHNSON** |
| **CITY OF BATON ROUGE, TROY LAWRENCE, JR., JAMES THOMAS, JR., DAVID KENNEDY, JESSE BARCELONA, DEPUTY CHIEF MYRON DANIELS, CHIEF MURPHY PAUL, DOE DEFENDANTS 1-20 and ABC INSURANCE COMPANIES 1-10** | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1), 12(b)(6), 12(e), 17(b)(3) ON BEHALF OF DEPUTY CHIEF MYRON DANIELS

Defendant, Deputy Chief Myron Daniels, in both his official and individual capacity, submits this motion to dismiss requesting this Court dismiss all claims against him, for failure to state a claim and as being vague and ambiguous. Further, all claims against Defendant, Deputy Chief Myron Daniels, in his official capacity, should be dismissed as he was at all times acting in his official capacity as an officer and administrator with the Baton Rouge Police Department (hereinafter referred to as "BRPD") based on qualified immunity as provided by the Eleventh Amendment. Moreover, as no factual claims are made to support a finding of any personal liability, any claims against Myron Daniels, individually, must be dismissed as well.

**WHEREFORE**, Defendant, Deputy Chief Myron Daniels, in both his official and individual capacity, requests that this Court dismiss the claims against him in both his official and individual capacity for the grounds set forth herein and in the Memorandum in Support of the Motion to Dismiss, with prejudice and with all associated costs assessed to Plaintiffs.

       Respectfully Submitted:

       **DeCuir, Clark & Adams, L.L.P.**

By: */s/ Corey L. Pierce*
   Michael R.D. Adams, La. Bar No.: 22305
   **Corey L. Pierce La. Bar No.: 24601**
   Monica Gant Moton, La. Bar No.: 27222
   732 North Boulevard
   Baton Rouge, Louisiana 70802
   Telephone: (225) 346-8716
   Facsimile: (225) 336-1950

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2024, I electronically filed the *Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(e), 17(b)(3) on behalf of Deputy Chief Myron Daniels* with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel through the court's electronic filing system.

    */s/ Corey L. Pierce*
    COREY L. PIERCE