**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**VLADIMIR MCCLARTY**                                              **CIVIL ACTION**

**VERSUS**                                                                      **NO. 23-1619-SDD-EWD**

**CITY OF BATON ROUGE, ET AL.**

## EX PARTE MOTION TO SUBSTITUTE

NOW INTO COURT, comes Plaintiff Vladimir McClarty, to respectfully request that Plaintiff's *Notice of No Opposition* (R. Doc. 29) be substituted with the attached copy of *Notice of No Opposition* because the original did not conform with the page format rules.

WHEREFORE, Plaintiff asks that the motion to substitute be granted.

                                              Respectfully submitted,

                                              /s/ *Dave Lanser*
                                              David Lanser (La. Bar No. 37764)
                                              William Most (La. Bar No. 37259)
                                              Most & Associates
                                              201 St. Charles Ave., Ste. 2500, #9685
                                              New Orleans, LA 70170
                                              Tel: (504) 533-4521
                                              Email: davidlanser@gmail.com