UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**VLADIMIR MCCLARTY**                                              **CIVIL ACTION**

**VERSUS**                                                         **NO. 23-1619-SDD-EWD**

**CITY OF BATON ROUGE, ET AL.**

### NOTICE OF NO OPPOSITION

On March 11, 2024, Defendant David Kennedy filed a *Motion to Stay Proceedings or, in the Alternative, Order Full Release of All Evidence*. Specifically, Defendant Kennedy sought the release of "all evidence relevant to this matter to defendant, Kennedy, including, but not limited to, a downloadable copy of any video footage in relation to this matter in order that defendant be allowed to properly defend himself." R. Doc. 28-1 at 1.

Plaintiff now files this notice stating that he consents to both forms of requested relief: the stay of proceedings as well as the production of documents, including video, to all parties. Plaintiff further states that the production of video and other documents should not be delayed, even if the stay is granted, as it would serve the interests of justice and expediency.

Respectfully submitted,

/s/ *Dave Lanser*
David Lanser (La. Bar No. 37764)
William Most (La. Bar No. 37259)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 533-4521
Email: davidlanser@gmail.com